UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
In re:
BETSEY WARREN LEBBOS,
         Debtor.
_____/
BETSEY WARREN LEBBOS,         No. 2:08-cv-00680-MCE

         Appellant,

    v.                        NON-RELATED CASE ORDER

LINDA SCHUETTE,

         Appellee.
_____/
BETSEY WARREN LEBBOS,         No. 2:08-cv-1896-FCD

         Appellant,

    v.

LINDA SCHUETTE,

         Appellee.
_____/
BETSEY WARREN LEBBOS,         No. 2:08-cv-01726-FCD

         Appellant,

    v.

LINDA SCHUETTE,

         Appellee.
_____/
```

1

1  The Court has received the Notice of Related Cases
2  concerning the above-captioned cases filed August 18 and 19,
3  2008.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).
4  The Court has determined, however, that it is inappropriate to
5  relate or reassign the cases, and therefore declines to do so.
6  This Order is issued for informational purposes only, and shall
7  have no effect on the status of the cases, including any previous
8  Related (or Non-Related) Case Order of this Court.
9  IT IS SO ORDERED.

Dated: October 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2