IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETSEY WARREN LEBBOS;

    Debtor,                                                  No. CIV S-08-1896 KJM

                                          /

BETSEY WARREN LEBBOS,

        Appellant,

    vs.

LINDA SCHUETTE,                                   <u>ORDER</u>

        Appellee.

                                          /

        Appellee, Linda Shuette, is the Chapter 7 trustee in Appellant/Debtor, Betsey Warren Lebbos' parent bankruptcy case. The bankruptcy court granted Schuette an award of fees and costs after Lebbos defaulted in the underlying adversary action by Schuette, seeking to void two allegedly fraudulent transfers of a condominium. Lebbos appealed the award to this court on August 7, 2008. (*See* ECF No. 1.) On March 23, 2009, this court issued a memorandum and order (ECF No. 18) denying Lebbos' appeal and entering judgment in the case (ECF No. 19). Specifically, the court upheld the bankruptcy court's February 13, 2008, order awarding Schuette $5,388.80 in attorneys' fees and costs. (ECF No. 18 at 3:24-4:2; 5:8-26;

1

1  7:12-17.)  Moreover, the court affirmed the bankruptcy court's June 18, 2008, order awarding
2  Schuette $1,133.40 in costs incurred obtaining a default judgment against Lebbos.  (*Id.* at 4:6-17;
3  7:12-17.)

4  Lebbos appealed the court's denial to the United States Court of Appeals for the
5  Ninth Circuit.  (*See* ECF No. 21.)  On November 2, 2011, the Circuit issued an order and
6  memorandum holding that "the bankruptcy court's order of February 13, 2008, awarding
7  attorney's fees and costs to chapter 7 bankruptcy trustee Linda Schuette as a sanction against
8  Lebbos" was not an abuse of discretion.  (ECF No. 22 at 2.)

9  The Ninth Circuit, upon review, also held that "[t]he district court lacked subject
10 matter jurisdiction to review the February 13, 2008 order awarding attorney's fees and costs
11 because the notice of appeal was untimely as to that award."  (*Id.*)  Accordingly, the court of
12 appeals remanded to this court "with instructions to vacate the portion of its decision reviewing
13 the February 13, 2008 order."  (*Id.* at 2-3.)

14 In light of the Ninth Circuit's memorandum, the court, via minute order, set a
15 status conference for December 14, 2011.  (ECF No. 24.)  The minute order instructed the parties
16 to file a joint status report no later than December 7, 2011.  (*Id.*)  On December 5, 2011,
17 Schuette filed a status report, explaining that a joint status report could not be filed because
18 Lebbos refuses to cooperate with Schuette's counsel.  (ECF No. 25 at 1:24-28.)  Lebbos failed to
19 file a status report as required by the court's November 10, 2011, minute order.  For these
20 reasons, the court vacated the status conference previously set for December 14, 2011, and
21 instead issues this written order.  (ECF No. 26.)

22 Based on the foregoing, and in accordance with the remand instruction provided
23 by the Ninth Circuit, the court hereby vacates those portions of the prior order issued on March
24 23, 2009 (ECF No. 18), reviewing the bankruptcy court's order of February 13, 2008.
25 Specifically, those portions vacated are the parts of the court's order affirming the bankruptcy
26 court's order awarding Schuette $5,388.80 in attorneys' fees and costs.  (*See* ECF No. 18 at

3:24-4:2; 5:8-26; 7:12-17.)  However, those portions of the same order affirming the bankruptcy court's June 18, 2008, order awarding Schuette $1,133.40 in costs are not vacated.  (*See id.* at 4:6-17; 7:12-17.)

        This matter requires no further action.  Therefore, the Clerk of the Court is directed to CLOSE this file.

        IT IS SO ORDERED.

DATED:  December 13, 2011.

                              UNITED STATES DISTRICT JUDGE